# 350 EL

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit 607<br>Philadelphia, PA 19106<br>　　　　Plaintiff<br><br>　　　　V.<br><br>*Mr. Dan Achek*<br>1009 Jones Rd, Gulph Mills, PA 19428,<br>*Mrs. Maya Maha Elkansa*<br>1009 Jones Rd, gulph Mills, PA 19428,<br>*M/s. Achek Design & Construction Co, Inc.*<br>1009 Jones Rd, Gulph Mills, PA 19428,<br>*Mr. Alex Lopez*<br>239-265 West Bristol St., Phila., PA 19140,<br>*ALX General Construction LLC*<br>5071 Whitaker Ave., Phila., PA 19140,<br>*Mr. Henry I. Langsam*<br>1616 Walnut St., Ste. 1700, Phila., PA 19103,<br>*Mr. Bart Sacks*<br>199 West Johnson Hwy., East Norriton, PA 19401,<br>*S & L Investments*<br>307 Florence Ave., Apt. 107, Jenkintown, PA 19046,<br>*Mrs. Juliet Whelan*<br>813 S. 4th St., Phila., PA 19147,<br>*Mr. James Gabriel*<br>Plans Examiner, Dept. of L & I<br>1401 JFK Blvd, Phila., PA 19102,<br>*Mr. Edward Devlin*<br>Inspector Trainee, Dept. of L & I, North Dist.<br>601 W. Lehigh, Phila., PA 19133,<br>*Mrs. Frances Burns, Commissioner*<br>Dept. L & I<br>1401 JFK Blvd. 11th Flr., Phila., PA 19102 and<br>*City of Philadelphia*, c/o City Solicitor's Office<br>One Parkway, 1515 Arch St., 15th Flr., Phila., PA 19102<br>　　　　Defendants, | Civil Action<br><br>NO: _____   **09 - 5976**<br><br><br>Formerly<br><br>Court of Common Pleas<br>Philadelphia County<br>Trial Division - Civil<br>August Term 2009<br>No. 001271<br><br><br><br>**FILED**<br>**DEC 1 6 2009**<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

　　Pursuant to 28 U.S.C. § 1441, defendants, James Gabriel, Edward Devlin, Frances Burns and City of Philadelphia (hereinafter "petitioners") through their counsel, Jeffrey S. Simons, Assistant City Solicitor, respectfully petition for the removal of this action to the United States

District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

1. In August 2009, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, August 2009, No. 001271. (Exhibit A - Complaint).

2. On November 17, 2009, said Complaint was served on Petitioners electronically at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3. Plaintiff alleges that on September 13, 2008, he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

4. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioners, James Gabriel, Edward Devlin, Frances Burns and City of Philadelphia, respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Craig Straw
Chief Deputy City Solicitor

_____
**JEFFREY S. SIMONS**
**Assistant City Solicitor**
**Attorney I.D. No. 93784**
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5443

Date: 12/15/09

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit 607<br>Philadelphia, PA 19106<br>　　　　　Plaintiff<br><br>　　　V.<br><br><u>Mr. Dan Achek</u><br>1009 Jones Rd, Gulph Mills, PA 19428,<br><u>Mrs. Maya Maha Elkansa</u><br>1009 Jones Rd, gulph Mills, PA 19428,<br><u>M/s. Achek Design & Construction Co, Inc.</u><br>1009 Jones Rd, Gulph Mills, PA 19428,<br><u>Mr. Alex Lopez</u><br>239-265 West Bristol St., Phila., PA 19140,<br><u>ALX General Construction LLC</u><br>5071 Whitaker Ave., Phila., PA 19140,<br><u>Mr. Henry I. Langsam</u><br>1616 Walnut St., Ste. 1700, Phila., PA 19103,<br><u>Mr. Bart Sacks</u><br>199 West Johnson Hwy., East Norriton, PA 19401,<br><u>S & L Investments</u><br>307 Florence Ave., Apt. 107, Jenkintown, PA 19046,<br><u>Mrs. Juliet Whelan</u><br>813 S. 4th St., Phila., PA 19147,<br><u>Mr. James Gabriel</u><br>Plans Examiner, Dept. of L & I<br>1401 JFK Blvd, Phila., PA 19102,<br><u>Mr. Edward Devlin</u><br>Inspector Trainee, Dept. of L & I, North Dist.<br>601 W. Lehigh, Phila., PA 19133,<br><u>Mrs. Frances Burns, Commissioner</u><br>Dept. L & I<br>1401 JFK Blvd. 11th Flr., Phila., PA 19102 and<br><u>City of Philadelphia</u>, c/o City Solicitor's Office<br>One Parkway, 1515 Arch St., 15th Flr., Phila., PA 19102<br>　　　　　Defendants | Civil Action<br><br>NO: _____<br><br><br><br>Formerly<br><br>Court of Common Pleas<br>Philadelphia County<br>Trial Division - Civil<br>August Term 2009<br>No. 001271 |

## NOTICE OF FILING OF REMOVAL

TO:　Melissa A. Montgomery, Esq.　　　　　Paul Cottrell
　　　1500 Market St., Suite 2920　　　　　　One Customs House, Suite 500
　　　Philadelphia, PA 19102　　　　　　　　704 King Street
　　　　　　　　　　　　　　　　　　　　　　P. O. Box 1031
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　Douglas Evan Ress
　　　1717 Arch St., Suite 3710
　　　Philadelphia, PA 19103

PLEASE TAKE NOTICE THAT on December 15, 2009, defendants, James Gabriel, Edward Devlin, Frances Burns and City of Philadelphia filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

JEFFREY S. SIMONS
**Assistant City Solicitor**
**Attorney I.D. No. 93784**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5443

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit 607<br>Philadelphia, PA 19106<br>　　　　　Plaintiff<br><br>　　　　V.<br><br>*Mr. Dan Achek*<br>1009 Jones Rd, Gulph Mills, PA 19428,<br>*Mrs. Maya Maha Elkansa*<br>1009 Jones Rd, gulph Mills, PA 19428,<br>*M/s. Achek Design & Construction Co, Inc.*<br>1009 Jones Rd, Gulph Mills, PA 19428,<br>*Mr. Alex Lopez*<br>239-265 West Bristol St., Phila., PA 19140,<br>*ALX General Construction LLC*<br>5071 Whitaker Ave., Phila., PA 19140,<br>*Mr. Henry I. Langsam*<br>1616 Walnut St., Ste. 1700, Phila., PA 19103,<br>*Mr. Bart Sacks*<br>199 West Johnson Hwy., East Norriton, PA 19401,<br>*S & L Investments*<br>307 Florence Ave., Apt. 107, Jenkintown, PA 19046,<br>*Mrs. Juliet Whelan*<br>813 S. 4th St., Phila., PA 19147,<br>*Mr. James Gabriel*<br>Plans Examiner, Dept. of L & I<br>1401 JFK Blvd, Phila., PA 19102,<br>*Mr. Edward Devlin*<br>Inspector Trainee, Dept. of L & I, North Dist.<br>601 W. Lehigh, Phila., PA 19133,<br>*Mrs. Frances Burns, Commissioner*<br>Dept. L & I<br>1401 JFK Blvd. 11th Flr., Phila., PA 19102 and<br>*City of Philadelphia*, c/o City Solicitor's Office<br>One Parkway, 1515 Arch St., 15th Flr., Phila., PA 19102<br>　　　　　Defendants, | Civil Action<br><br>NO: _____<br><br><br>Formerly<br><br>Court of Common Pleas<br>Philadelphia County<br>Trial Division - Civil<br>August Term 2009<br>No.  001271 |

## CERTIFICATE OF SERVICE

　　　　I, Jeffrey S. Simons, Assistant City Solicitor do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:  Melissa A. Montgomery, Esq.  Paul Cottrell  Douglas Evan Ress
1500 Market St., Suite 2920  One Customs House, Suite 500  1717 arch St., Suite 3710
Philadelphia, PA  19102  704 King Street  Philadelphia, PA  19103
P.O. Box 1031
Wilmington, DE  19899

*Jeffrey S. Simons*
**Jeffrey S. Simons**
**Assistant City Solicitor**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5443

Date: 12/15/09