IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>        **Plaintiff**<br>v.<br>Dan Achek, et al.<br>        **Defendant.** | NO.: 09-cv-05976-EL |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

  Please enter the appearances of George Anthes, Esquire, and Kaufman, Coren & Ress, P.C., as counsel for Defendants, Dan Achek, Maya Maha Elkhansa and Achek Design & Construction Co., in connection with the above-captioned proceeding.

                KAUFMAN, COREN & RESS, P.C.

            BY: _/s/ George Anthes_____
                GEORGE ANTHES
                1717 Arch Street - Suite 3710
                Philadelphia, PA 19103-2713
                215-735-8700
                Attorneys for Defendants

Date: January 7, 2010

## CERTIFICATE OF SERVICE

      I, George Anthes, Esquire, do hereby certify that service of a true and correct copy of the foregoing Notice of Appearance was made this 7th day of January, 2010, by first class mail postage prepaid, upon the following:

Vamsidhar R. Vurimindi
313 Arch Street
Unit # 607
Philadelphia, PA 19106 (Pro Se Plaintiff)

Melissa A. Montgomery, Esq.
Law Office of William J. Ferren & Assoc.
1500 Market Street
Suite 2920-West Tower
Philadelphia, PA 19012-2100 (Attorneys for Defendants Bart Sachs and Henry I. Lansgam and S&L Investments)

Alex Lopez
239-265 West Bristol Street
Philadelphia, PA 19140

ALX General Construction LLC
5071 Whitaker Avenue
Philadelphia, PA 19140

Sean Kirby, Esq.
City of Philadelphia
1515 Arch Street - 14th floor
Philadelphia, PA 19102-1595 (Attorney for Defendants City of Philadelphia, James Gabriel, Frances Burns and James Devlin)

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(Attorney for Juliet Whelen)

                                                      _____
                                                      GEORGE ANTHES, ESQ.